IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEPHREN THOMAS, Dall. Cnty. Jail BookIn No. 20008708, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:22-cv-1484-B |
| DALLAS COUNTY, ET AL., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case as to Plaintiff's complaint as amended. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

DATE: September 2, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE